UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISTRICT COUNCIL NO. 9 INTERNATIONAL,

Petitioner,

-against-

EAST HILLS METRO INC.,

Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/4/2026___

26-CV-01665 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On February 27, 2026, Petitioner filed a petition to confirm an arbitration award, which was served on Respondent on March 6, 2026. *See* Dkt. Nos. 1, 7. On April 22, 2026, Petitioner filed a motion for summary judgment, which was served on Respondent on April 21, 2026. *See* Dkt. Nos. 8, 13. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).

Although Respondent's time to oppose the motion has passed, in the interests of resolving cases on the merits, the Court will *sua sponte* extend the time for Respondent to file any opposition to either the petition or the summary judgment motion to **June 23, 2026**. If no opposition is filed, the Court will consider the petition and the summary judgment motion unopposed.

Petitioner shall serve this Order upon Respondent either by in-person service or by both a mail delivery service that provides delivery confirmation and email (if known), no later than **June 9, 2026**, and shall file proof of service on the docket no later than **June 11, 2026**.

Dated: June 4, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge